## Henry F. Norcott, trading as H. F. Norcott & Company, Defendant in Error, v. Mary S. Frankenburger, Plaintiff in Error.

### Gen. No. 20,074.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. John K. Prindi-ville, Judge, presiding.   Heard in the Branch Appellate Court at the March term, 1914.   Reversed with finding of facts.   Opinion filed February 24, 1915.

### Statement of the Case.

Action by Henry F. Norcott, a broker, trading as H. F. Norcott & Company, against Mary S. Frankenburger to recover the sum of one hundred and twenty dollars commissions on a sale of certain property owned by defendant. From a judgment for plaintiff for one hundred and twenty dollars, defendant brings error.

John Schwender, for plaintiff in error.

Warren Nichols, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.

### Abstract of the Decision.

Brokers, § 51*—*when not procuring cause.*   In an action by a broker to recover commissions for the sale of land to a person with whom plaintiff had negotiated, but who refused at that time to purchase at the price fixed, the deal being subsequently consummated through another broker at a lower price, it was *held* that the evidence was insufficient to show that plaintiff was the procuring cause of the sale.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.